UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  0:21-cv-61210-SINGHAL/VALLE

JOHN G. BAJA, individually
and on behalf of all others
similarly-situated,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.
_____/

## JOINT MEDIATION REPORT AND NOTICE OF SETTLEMENT

Named Plaintiff John G. Baja and Defendant Costco Wholesale Corporation (collectively, the "Parties"), respectfully submit the following mediation report in accordance with the Court's Order Scheduling Mediation (*see* Doc. 35).  On December 1, 2021, the Parties held a mediation with Antonio Piazza and, as a result of said mediation, the Parties have reached an agreement in principle to resolve this matter on a class-wide basis.  Because this is a class action, the Parties are currently drafting the required paperwork to submit to the Court to seek approval of their class action settlement under Rule 23.  The Parties respectfully ask for 60 days to complete and file that paperwork, making the deadline February 4, 2022.

Respectfully submitted this 6th day of December, 2021.

| | |
|---|---|
| */s/Brandon J. Hill* | */s/ Brian D. Equi* |
| **LUIS A. CABASSA** | **BRIAN D. EQUI** |
| Florida Bar Number: 053643 | Florida Bar No. 143936 |
| Direct No.: 813-379-2565 | **BOWMAN AND BROOKE, LLP** |
| **BRANDON J. HILL** | 1064 Greenwood Boulevard |
| Florida Bar Number: 37061 | Suite 212 |
| Direct No.: 813-337-7992 | Lake Mary, Florida 32746-5419 |
| **WENZEL FENTON CABASSA, P.A.** | Tel: (407) 585-7600; Fax: (407) 585-7610 |
| 1110 North Florida Ave., Suite 300 | brian.equi@bowmanandbrooke.com |
| Tampa, Florida 33602 | gina.chiappini@bowmanandbrooke.com |
| Main No.: 813-224-0431 | |
| Facsimile: 813-229-8712 | **SHAWN Y. LIBMAN** |
| Email: lcabassa@wfclaw.com | Florida Bar No. 10544 |
| Email: bhill@wfclaw.com | **BOWMAN AND BROOKE, LLP** |
| Email: gnichols@wfclaw.com | Two Alhambra Plaza, Suite 800 |
| | Miami, Florida 33134 |
| *Attorneys for Plaintiff* | Tel: (305) 995-5600; Fax: (305) 995-6100 |
| | shawn.libman@bowmanandbrooke.com |
| | maria.esteva@bowmanandbrooke.com |

**EDWARD J. MEEHAN** (admitted *pro hac vice*)
**MARK C. NIELSEN** (admitted *pro hac vice*)
**PAUL J. RINEFIERD** (admitted *pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, D.C. 20006
Tel: (202) 861-2602; Fax: (202) 659-4503
emeehan@groom.com
mnielsen@groom.com
prinefierd@groom.com

*Counsel for Defendant Costco Wholesale Corporation*