UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61210-CIV-SINGHAL/VALLE

JOHN G. BAJA, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Joint Mediation Report and Notice of Settlement (DE [37]) indicating that the parties agreed at mediation to settle this action on a class-wide basis. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is administratively **CLOSED** without prejudice to the parties to file a motion for approval of the class-action settlement by **February 4, 2022**. The Court retains jurisdiction over the case until the settlement is consummated. The Clerk of Court shall **CLOSE** this case for administrative purposes only and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of December 2021.

                                                          RAAG SINGHAL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF